# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RUSSELL SCOVEL,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-1370-Orl-KRS**

**CRAFTWORK, INC.,**
**JOSEPH R. MINNIX,**

        **Defendants.**

_____

## ORDER OF DISMISSAL

The Settlement Agreement and General Release submitted by the parties (doc. no. 19-2) is hereby **APPROVED**. The agreement reached by the parties is a fair and reasonable resolution of the claims asserted by Russell Scovel against Craftwork, Inc. and Joseph R. Minnix pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*. *See, e.g., Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

In addition, the Court has been advised by the parties that an agreement has been reached concerning the amount of attorneys' fees to be awarded in this case. Specifically, the parties have agreed that $5,225.00 in attorneys' fees should be awarded for the work performed by Scovel's attorneys in this case. The parties have also agreed that $275.00 should be awarded for the costs incurred in prosecuting this matter. I find, in the absence of objection, that these amounts are reasonable.

Accordingly, Scovel's claims against Craftwork, Inc. and Joseph R. Minnix are hereby dismissed with prejudice. The Clerk of Court is directed to close the file. All pending motions are denied as moot.

**DONE** and **ORDERED** in Orlando, Florida on July 8, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties